# UNITED STATES DISTRICT COURT
for the
EASTERN DISTRICT OF WISCONSIN

In the Matter of the Search of

Case Number: 20 M 638

A USPS Priority Mail envelope with tracking number 9505 5141 4199 0060 4248 27 addressed to "Robert Murphy, PO # 142, Chassell M.I., 49916 (sic)" with a return address of "Jim Janniss, 825 Magnolia, [Anaheim?]."

TO: Any authorized officer of the United States:

## SEARCH AND SEIZURE WARRANT

TO: Any authorized law enforcement officer

An application by a federal law enforcement officer or an attorney for the government requests the search of the following person or property currently located in the Eastern District of Wisconsin:

A USPS Priority Mail envelope with tracking number 9505 5141 4199 0060 4248 27 addressed to "Robert Murphy, PO # 142, Chassell M.I., 49916 (sic)" with a return address of "Jim Janniss, 825 Magnolia, [Anaheim?]."

The person or property to be searched, described above, is believed to conceal: A quantity of a controlled substance, proceeds related to the sale of controlled substances, or other evidence of using the mail to facilitate the possession and/or distribution of a controlled substance in violation of title 21 U.S.C. § 841(a)(1) and 843(b).

I find that the affidavit, submitted with the application, establishes probable cause to search and seize the person or property.

YOU ARE HEREBY COMMANDED to search on or before 3-20-2020 , 2020
(not to exceed 14 days)

☐ in the daytime 6:00 a.m. to 10:00 p.m.   ☒ at any time in the day or night as I find reasonable cause has been established.

Unless delayed notice is authorized below, you must give a copy of the warrant and a receipt for the property taken to the person from whom, or from whose premises, the property was taken, or leave the copy and receipt at the place where the property was taken.

The officer executing this warrant, or an officer present during the execution of the warrant, must prepare an inventory as required by law and promptly return this warrant and inventory to United States Magistrate Judge James R. Sickel.

Date and time issued 3-6- , 2020; 2:17 p.m.

_____
Judge's signature

City and state: Green Bay, Wisconsin

THE HONORABLE JAMES R. SICKEL
United States Magistrate Judge
Name & Title of Judicial Officer

| | RETURN | |
|---|---|---|
| Case No.<br>20-M-638 | Date and time Warrant executed<br>March 6, 2020 at 2:47 PM | Copy of warrant and inventory left with:<br>USPS |

Inventory made in the presence of
Postal Inspector Derik Thieme

Inventory of person or property taken and name of any person(s) seized:

USPS Priority Mail envelope with tracking number 9505 5141 4199 0060 4248 27 contained a white crystalline material sealed in a plastic bag and placed inside another brown colored envelope. I tested a sample of the crystalline material using the Methamphetamine/MDMA (Ecstasy) Reagent field test kit and received a positive test result. The total approximate weight of the suspected methamphetamine was 58.7 grams.

## CERTIFICATION

I swear under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge.

Date: 7/15/2020

*(Executing officer's signature)* @ 12:04 PM

Subscribed, sworn to, and returned before me this date.

*(U.S. Judge or Magistrate Judge)*

MATT SCHMITZ, U.S. POSTAL INSPECTOR
*(Printed name and title)*

7-15-2020
*(Date)*